Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island 

| | |
|---|---|
| Vanuel Bryant | Case No. _____ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | |
| Sgt. Devon J Casey  Capt Kenneth Gebo  off. Jeffrey Pichie | |
| Lt. Keith Clarke  Capt. Hennessey  off Samuel hill | |
| Major Dennis Skorski  Sgt Kevin berthiaume | |
| Chief Frederick J. heise III  off. lee sohn  Shannah Kurka | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Vanuel Bryant |
| Street Address | 25 Greenhouse blvd |
| City and County | West Hartford, Hartford county |
| State and Zip Code | Connecticut, 06110 |
| Telephone Number | 860 869 5465 |
| E-mail Address | VMBryant2000@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Sgt Devan J Casey
- Job or Title (if known): Police
- Street Address: 60 Wood St
- City and County: Coventry, Kent
- State and Zip Code: Rhode Island 02816
- Telephone Number: 401 826 1100
- E-mail Address (if known):

Defendant No. 2
- Name: Lt Keith Clarke
- Job or Title (if known): Police
- Street Address: 60 Wood St
- City and County: Coventry, Kent
- State and Zip Code: Rhode Island 02816
- Telephone Number: 401 822 6228
- E-mail Address (if known): Kclarke@coventrypd.org

Defendant No. 3
- Name: Major Dennis Skorski
- Job or Title (if known): Police
- Street Address: 60 Wood St
- City and County: Coventry, Kent
- State and Zip Code: Rhode Island 02816
- Telephone Number: 401 822 6219
- E-mail Address (if known): dskorski@coventrypd.org

Defendant No. 4
- Name: Chief Frederick J Heise III
- Job or Title (if known): Police
- Street Address: 60 Wood St
- City and County: Coventry, Kent
- State and Zip Code: Rhode Island 02816
- Telephone Number: 401 822 9109
- E-mail Address (if known): Fheise@coventrypd.org

Defendant no 5
Capt Kenneth Gebo
Police
60 Wood St
Coventry, Kent
Rhode island 02816
401 822 6228
Kgebo@coventrypd.org

Defendant no 6   Capt Hennessey
Police
60 Wood St
Coventry, Kent
Rhode island 02816
401 826 1100

Defendant no 7   Sgt Kevin Berthiaume
Police
60 Wood St
Coventry, Kent
Rhode island 02816
401 822 6228

Defendant no 8   Off Lee Sohn
Police
60 Wood St
Coventry, Kent
Rhode island 02816
401 822 6228

Defendant no 9   Off Jeffery Pichie
Police
60 Wood St
Coventry, Kent
Rhode island 02816
401 822 6228

Defendant no 10
Off Samuel Hill
Police
60 Wood St
Coventry, Kent
Rhode island 02816
401 822 6228

Defendant no 11
Shannah Kurland
attorney
2374 Post Rd Suite 201
Warwick, Kent
Rhode island 02886
401 739 9690

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil rights, unnecessary use of force, conspiracy to cover up a crime, Racial profiling/discrimination, wrongful arrest/false charges, wrongful imprisonment, illegally stopping a motor vehicle/detainment, Police misconduct/harassment/stalking, Malpractice/inept counsel

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My name is Vanuel Bryant on 10/26/2023 at Centreville bank in Coventry RI I was illegally pulled over by Sgt Devan Casey, Casey then attempted to enter my vehicle to remove me, violating my rights officers Lee Sohn and Jeffery Pichie arrived to assist Casey, they put spikes under my tires and held me against my will for over 30 mins. Sgt Casey filed for obstruction which was later dismissed but upon entering the Police station in Coventry I was stalked in the parking lot by Sgt Kevin Berthiaume and was later attacked by Sgt Berthiaume, Sgt Casey and off. Samuel Hill, Lt. Keith Clarke, Major Dennis Skorski, chief Frederick J Heise III

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm suing Coventry Rhode Island Police department for $250,000. I've been going to court fighting the false charges and I've been asking chief Heise to investigate but he has also attempted to cover up the crimes committed by Coventry Police.

I'm suing Shannah Kurland for $25,000. I asked her to return my $500.00 I payed her and she said no. All she did as my Lawyer is get me arrested with more charges

Page 4 of 5

III, Statement of Claims

Capt Kenneth gebo, and cpt Hennessey are all guily of conspiring to cover up a crime. I filed several compaints against the police officers who illegally detained and imprissoned me but they did not investigate properly and refused to admit wrongdoing.

My former attorney Shannah Kurland with Sinapi Law associates agreed to represent me in my civil suit vs. Coventry Police but later on went back on our agreement after I paid her $500.00, she sent me to the police station alone where I was subsequently stalked, harrased, attacked, and imprissioned. As a result of her malpractice I was arrested and had aditional charges.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/31/2024

Signature of Plaintiff: Vanuel Bryant
Printed Name of Plaintiff: Vanuel Bryant

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____